IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO:
DIVISION:

NATHAN MCCOY,

Plaintiff,

vs.

LOWE'S HOME CENTERS, LLC,

Defendant.
______________________________ /

**COMPLAINT**

Plaintiff, NATHAN MCCOY, by and through his undersigned counsel, sues Defendant, LOWE'S HOME CENTERS, LLC., and alleges:

1. This is an action for damages that exceeds the sum of FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$50,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. Plaintiff is a natural person residing in Duval County, Florida.

3. At all times material to this action, LOWE'S HOME CENTERS, LLC., was a business operating in Jacksonville, Florida.



ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 04/11/2025 11:07:43 AM

4. Venue is proper in Duval County, Florida because all acts or omissions which give rise to this litigation occurred in Duval County, Florida.

5. On or about January 28, 2025, Plaintiff was at Defendant's premises located at 12945 Atlantic Blvd, Jacksonville, FL 32225. While Plaintiff was on said premises and without warning the house wrap on aisle 53 became detached from the shelving, striking Plaintiff.

6. At said time and place, Plaintiff, NATHAN MCCOY was a lawful guest upon the premises of the Defendant, who owed a duty to exercise reasonable care for his safety.

7. At said time and place, Defendant owed Plaintiff duties to maintain the premises in a reasonably safe condition, and to warn Plaintiff of dangerous conditions on their premises.

8. At said time and place, Defendant breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

a) Defendant knew or should have known of the defective condition of the shelving materials prior to Plaintiff's injuries and should have remedied it;

b) Defendant negligently failed to inspect the subject area described above on or prior to the incident, so as to discover the defective nature of the shelving materials, thereby negligently permitting a dangerous condition to remain on the premises to the peril of the Plaintiff;

c) Defendant negligently failed to repair or replace the shelving material as to make the subject premises reasonably safe; and

d) Defendant negligently failed to warn Plaintiff of the dangerous condition that existed prior to the incident, of which Defendant had prior notice and/or should have had knowledge greater than that of Plaintiff.

9. As a direct and proximate result of Defendant, LOWE'S HOME CENTERS, LLC negligence, Plaintiff, NATHAN MCCOY, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, inconvenience, expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money and/or aggravation of a previously existing condition. The injuries sustained by Plaintiff, NATHAN MCCOY, are either permanent or continuing within a reasonable degree of medical probability, and Plaintiff, NATHAN MCCOY, will suffer such losses in the future.

**WHEREFORE**, the Plaintiff, NATHAN MCCOY, sues Defendant, LOWE'S HOME CENTERS, LLC., for damages and demands judgment in excess of Fifty Thousand Dollars ($50,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

**DEMAND FOR JURY TRIAL**

Plaintiff, NATHAN MCCOY, demands trial by jury on all issues so triable.

Respectfully submitted this 10th day of April 2025.

**Morgan & Morgan, P.A.**
/s/ *Ian Steiner*
**IAN STEINER, ESQUIRE**
Florida Bar No.: 1002638
501 Riverside Avenue, Suite 1200
Jacksonville, FL 32202
(904) 944-8385
(904) 944-8485 (facsimile)
Primary E-mail: ISteiner@ForThePeople.com
Secondary E-mail: TPatterson@forthepeople.com
Ashton.Grogg@forthepeople.com
*Attorney for Plaintiff*